UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>MUAAMAR ALI ALMUALM, et al.,<br><br>    Defendants. | Case No. 22-cv-04285-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 22 |

On June 16, 2023, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 180 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: June 20, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge